UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JAMES K. AULD,<br><br>        Plaintiff. | No. C 11-5548 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to Judge Henderson of this court regarding administrative appeals of medical issues. In an effort to protect his rights, it was filed as a new civil rights case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Plaintiff has written to the court saying that he did not intend to file a new case, and did not intend to do anything other than inform Judge Henderson by letter about problems with administrative appeals in his institution. This case is therefore **DISMISSED** without prejudice as opened in error. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 10, 2012.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

P:\PRO-SE\PJH\CR.11\AULD5548.DSM.wpd